RAYMOND CHRISTMAN, Respondent, *v.* JOHN W. THATCHER, as
Overseer of the Poor of the Town of Amsterdam et al.,
Appellants.

(Argued March 5, 1889; decided March 19, 1889.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made May 1, 1888,
which reversed an order of Special Term allowing the town
of Amsterdam to intervene in an action brought by plaintiff
against Thatcher, as overseer of said town.

*Nathaniel C. Moak* for appellants.

*E. P. White* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

JULIUS CATLIN, Jr., et al., Executors, etc., Plaintiffs, *v.* THE
DOMESTIC AND FOREIGN MISSIONARY SOCIETY OF THE
PROTESTANT EPISCOPAL CHURCH IN THE UNITED STATES OF
AMERICA et al., Defendants.

THIS case presented the same questions and was argued and
decided with *Catlin* v. *Trustees, etc., et al.* (*Ante,* p. 133.)